IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BMO HARRIS BANK N.A., *a national banking association*            PLAINTIFF

v.                                        CIVIL ACTION NO. 1:18-cv-14-SA-DAS

MONTANA FARMS LLC, *a Mississippi Corporation*,
ALONZO SYKES,
ANGELENA COOK,
TERRY MCINTOSH                                   DEFENDANTS

ORDER

For the reasons fully articulated in this Court's Memorandum Opinion issued this day, Plaintiff's Motion for Preliminary Injunction is DENIED.

SO ORDERED this the 2nd day of May, 2018.

                                                     /s/ Sharion Aycock
                                                     UNITED STATES DISTRICT JUDGE